THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,  )
                            )  No.  CR06-5265RBL
       Plaintiff,  )
                            )  ORDER
      vs.  )  ALLOWING WITHDRAWAL AND
                            )  SUBSTITUTION OF ATTORNEY
JESUS CERVANTES-CAMACHO,  )
                            )
      Defendant.  )
_____ )

      THIS MATTER having come on before the above-entitled Court upon the

motion of the defendant, Jesus Cervantes-Camacho, for an order allowing Zenon P.

Olbertz to withdraw as attorney of record for the defendant, and further allowing

substitution of counsel; and the Court being in all things fully advised; NOW

      THEREFORE, It Is Hereby

      ORDERED that Zenon P. Olbertz is hereby allowed to withdraw as

attorney for the above-named defendant and the CJA Administrator is directed to appoint

substitute counsel for Jesus Cervantes-Camacho.

IT IS SO ORDERED this 2nd day of June, 2006.

_____
RONALD B. LEIGHTON
UNITED  STATES DISTRICT JUDGE