UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JESUS CERVANTES-CAMACHO,<br>EDDY RODRIQUEZ-SANTIAGO<br><br>Defendant. | CASE NO.CR06-5265RBL<br><br>ORDER GRANTING<br>CONTINUANCE OF<br>TRIAL DATE |

Defendant Cervantes-Camacho moves to continue the trial date. Pursuant to the affidavit of Counsel, AUSA Jennings and Mr. Fieman do not object to the requested continuance. For the reasons stated in the Affidavit of Thomas Campbell, the motion is **GRANTED** and the Trial Date is **CONTINUED to October 30, 2006.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **JULY 3, 2006 to OCTOBER 30, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **OCTOBER 30, 2006 at 9:00 a.m.**

The Pretrial Motion hearing, if needed, is rescheduled for **OCTOBER 19, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **SEPTEMBER 4, 2005.**

IT IS SO ORDERED this 22nd day of June, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2

ORDER -2